**2009–0088.   State v. Williams.**
Warren App. No. CA2008–02–029, 2008-Ohio-6195. This cause is pending before the court as an appeal from the Court of Appeals for Warren County.

Upon consideration of the joint motion of appellee and amicus curiae Ohio Attorney General Michael DeWine for divided argument time for oral argument scheduled for March 1, 2011, it is ordered by the court that the motion is granted, and amicus curiae shall share the time allotted to appellee.

**2009–1974.   State v. Dehler.**
Trumbull App. No. 2008–T–0061, 2009-Ohio-5059. This cause is pending before the court as an appeal from the Court of Appeals for Trumbull County.

Upon consideration of the joint motion of appellee and amicus curiae Ohio Attorney General Michael DeWine for divided argument time for oral argument scheduled for March 1, 2011, it is ordered by the court that the motion is granted, and amicus curiae shall share the time allotted to appellee.